UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO FERNANDEZ,<br><br>                    Plaintiff,<br><br>         v.<br><br>THE CITY OF NEW YORK, NEW YORK, YORK, a municipal entity; Officer ALBERT J. MELINO, in his individual capacity; JACK ROE, as Administrator of the Estate of Detective MARK C. TEBBENS, in his individual capacity; Detective WILLIE PARSON, in his individual capacity; Manhattan District Attorney Investigators ANGEL L. GARCIA, STEPHAN MSHAR, TERRENCE QUINN, in their individual capacities, and OTHER AS-YET-UNKNOWN JOHN AND JANE DOE OFFICERS, DETECTIVES, INVESTIGATORS #1-10 & SUPERVISORS #11-12, in their individual capacities,<br><br>                    Defendants. | Case No. 20-cv-10498-ALC-RWL<br><br>**NOTICE OF MOTION TO AMEND THE COMPLAINT TO SUBSTITUTE JACK ROE, AS ADMINISTRATOR OF THE ESTATE OF DETECTIVE MARK C. TEBBENS, WITH WILLIAM J. CARLIN, JR., AS ADMINISTRATOR OF THE ESTATE OF DETECTIVE MARK C. TEBBENS; AND TO AMEND THE CASE CAPTION TO REPLACE "JACK ROE" WITH "WILLIAM J. CARLIN, JR."** |

**PLEASE TAKE NOTICE** that, upon: (1) the annexed declaration of Arianna Markel and accompanying exhibits; (2) the annexed declaration of Joshua R. Berzak and accompanying exhibit; and (3) the annexed memorandum of law, Plaintiff Pablo Fernandez, by undersigned counsel, will move this Court, before the Honorable Robert W. Lehrburger, United States Magistrate Judge, of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 15, granting plaintiff leave to amend his Complaint to substitute Jack Roe, as Administrator of the Estate of Detective Mark C. Tebbens, with William J. Carlin, Jr., as administrator of the Estate of Detective Mark C. Tebbens; and to amend the case caption to replace "Jack Roe" with "William J. Carlin, Jr."

Dated: New York, New York
August 13, 2021

    PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
    By: /s/ *David W. Brown*
    David W. Brown
    Arianna Markel
    Kerissa Barron
    Scott Kennedy
    1285 Avenue of the Americas
    New York, NY 10019-6064
    dbrown@paulweiss.com
    amarkel@paulweiss.com
    kbarron@paulweiss.com
    skennedy@paulweiss.com
    T: (212) 373-3000
    F: (212) 757-3990

    NEUFELD SCHECK & BRUSTIN, LLP
    Emma Freudenberger
    Amelia Green
    Katie Haas

    99 Hudson Street, 8th Floor
    New York, NY 10013
    emma@nsbcivilrights.com
    amelia@nsbcivilrights.com
    katiehaas@nsbcivilrights.com
    T: (212) 965-9081
    F: (212) 965-9084

    *Attorneys for Plaintiff Pablo Fernandez*