UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PABLO FERNANDEZ,

              Plaintiff,

        v.

THE CITY OF NEW YORK, NEW YORK,
YORK, a municipal entity; Officer ALBERT J.
MELINO, in his individual capacity; JACK ROE,
as Administrator of the Estate of Detective MARK
C.TEBBENS, in his individual capacity; Detective
WILLIE PARSON, in his individual capacity;
Manhattan District Attorney Investigators ANGEL
L. GARCIA, STEPHAN MSHAR, TERRENCE
QUINN, in their individual capacities, and
OTHER AS-YET-UNKNOWN JOHN AND
JANE DOE OFFICERS, DETECTIVES,
INVESTIGATORS #1-10 & SUPERVISORS #11-
12, in their individual capacities,

              Defendants.

Case No. 20-cv-10498-ALC-RWL

**DECLARATION OF ARIANNA MARKEL**

---

I, Arianna Markel, declare pursuant to 28 U.S.C. § 1746:

      1.      I am an attorney associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP, and one of the counsel for Plaintiff Pablo Fernandez in the above-captioned matter.

      2.      I submit this declaration in support of Mr. Fernandez's Motion to Amend the Complaint to Substitute Jack Roe, as Administrator of the Estate of Detective Mark C. Tebbens, with William J. Carlin, Jr., as Administrator of the Estate of Detective Mark C. Tebbens; and to Amend the Case Caption to Replace "Jack Roe" with "William J. Carlin, Jr."

      3.      Attached to this declaration as Exhibit A is Mr. Fernandez's proposed Amended Complaint and Jury Demand.

4.    Attached to this declaration as Exhibit B is a redlined document comparing Mr. Fernandez's Complaint and Jury Demand with the proposed Amended Complaint and Jury Demand.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2021.

/s/ Arianna Markel
Arianna Markel